UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 5:09-172-KKC

CHESTER SALISBURY, PLAINTIFF

v. **OPINION AND ORDER**

LEXINGTON-FAYETTE URBAN COUNTY
GOVERNMENT, ET AL., DEFENDANTS.

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Motion for Summary Judgment [DE 32] filed by the Defendant Lexington-Fayette Urban County Government. The Plaintiff has not responded to the motion. Further, the Court finds the analysis in the motion to be sound. Accordingly, for the reasons stated in the Defendant's Motion for Summary Judgment and supporting memorandum, the Court hereby ORDERS that the Motion for Summary Judgment is GRANTED and all claims against the Lexington-Fayette Urban County Government are DISMISSED with prejudice.

The remaining claims in this action are the Plaintiff's claims under 42 U.S.C. § 1983 against Aaron Greenleaf, Jones Hiatt, Jonathan Bastian, and John and/or Jane Does # 1-3, all of whom are sued in their individual capacities. There is no evidence in the record that these individuals have been served with a copy of the summons and complaint as required under Federal Rule of Civil Procedure 4. Accordingly, pursuant to Rule 4(m), the Court hereby ORDERS that the claims against these individual defendants are DISMISSED without prejudice.

Dated this 9th day of June, 2011.



**Signed By:**
*Karen K. Caldwell* KKC
**United States District Judge**